FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JAN 20  PM 3:53

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES HAMILTON and )
ROBERT CALAS, )
 )
    Plaintiffs, )
 ) CASE NO. CV409-116
v. )
 )
CARECORE NATIONAL, LLC., )
 )
    Defendant. )

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal for Plaintiff Robert Calas. (Doc. 71.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." In accordance with the Fair Labors Standards Act, the parties submitted the Settlement and Release to the Court for review and approval. After careful consideration, the Court approves the settlement. As requested by the parties, the action by Robert Calas is **DISMISSED WITH PREJUDICE** and attorney fees shall be paid pursuant to the parties' Settlement and Release.

SO ORDERED this 20th day of January 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA